$1,708.92, as outlined in the deficiency letter mailed to the taxpayer on December 16, 1924.

Taxpayer alleges as error the refusal of the Commissioner to allow as deductions from gross income for 1919, $12,000 for traveling expenses; $1,200 expended by him in the interest of the United States and uncollectible; and $305 luxury taxes paid. The deduction for luxury taxes was abandoned at the hearing.

### FINDINGS OF FACT.

1. During the year 1919 the taxpayer resided in New York City. Throughout the year he was engaged in selling motion picture films in various cities on commission. While thus engaged he expended without reimbursement in carrying on this business the sum of $12,000 for traveling expenses.

2. Taxpayer, being unable to enter the military forces, volunteered his services in connection with the prosecution of the war without compensation. During the year 1918 he went to France in connection with publicity work of preparing and printing information for distribution within and behind the battle lines of the enemy. While thus engaged he expended $1,200 for the printing of certain information for such distribution, securing vouchers therefor. Upon his return from France he made application to the United States Government for reimbursement for the amount so expended, submitting therewith the receipted vouchers. All efforts to obtain reimbursement for the amount having failed, he deducted the same from gross income under Item 5, Schedule I, of his return for the calendar year 1919.

### DECISION.

The determination of the Commissioner is approved, with the exception of the deduction of $12,000 traveling expenses, which is allowed. The correct deficiency will be finally determined upon consent or on seven days' notice in accordance with Rule 50.

---

Appeal of **O. A. HARLAN & CO.**                    Docket No. 1374.

Submitted March 11, 1925; decided April 15, 1925.

*A. H. Fast, Esq.*, for the Commissioner.

Before IVINS, KORNER, and MARQUETTE.

The taxpayer herein having appealed from a determination of the Commissioner of a deficiency in income and profits taxes for the fiscal year ended May 31, 1922, in an amount less than $10,000, and the Commissioner having moved to dismiss the appeal upon the ground that the petition did not state facts sufficient to constitute a basis for appeal, and the Board having denied the Commissioner's said motion by order dated April 2, 1925, on authority of the *Appeal of Carroll Chain Co.*, 1 B. T. A. 38, and the Commissioner having

indicated that he has no desire to file an answer to the petition, not being in a position to controvert any of the facts therein stated, and having agreed that the Board might make final disposition of the appeal upon the petition, the Board hereby makes the following

DECISION.

The deficiency determined by the Commissioner is disallowed.

---

Appeal of **WHITNEY DUPLICATING CHECK CO.**     Docket No. 1801.

Submitted March 30, 1925; decided April 15, 1925.

*W. M. Ripy, Esq.,* for the taxpayer.
*W. Frank Gibbs, Esq.,* for the Commissioner.

Before JAMES, LITTLETON, SMITH, and TRUSSELL.

This appeal is from a determination by the Commissioner of an additional tax of $2,140 for the calendar year 1919, as outlined in the deficiency letter mailed on December 4, 1924.

The taxpayer assigns as error the refusal of the Commissioner to allow as a deduction for the year 1919 the sum of $7,000, claimed to have been paid to its president for reimbursement of expenditures made by him during the years 1917, 1918, and 1919 in carrying on its business.

FINDINGS OF FACT.

Taxpayer is a New York corporation organized in 1906, with its principal office at 250 West Fifty-fourth Street, New York, N. Y., engaged in the business of systematizers of hotels and restaurants by installing therein a checking system for the purpose of accurately recording receipts and disbursements. The president of the corporation, during 1919 and prior years, spent a great part of his time in traveling, principally by automobile, for the purpose of selling, installing, and maintaining this duplicating check system. During November, 1917, he expended $87 for repairs to an automobile used in the company's business. During 1918 he expended $400 for traveling expenses and $77.60 for automobile repairs. During the year 1919 he disbursed for traveling expenses $786.14; automobile expense, repairs, gasoline, insurance, etc., $1,512.20; chauffeur's wages, $1,600; garage rental, $400. On March 20, 1919, he purchased a Studebaker automobile at a cost of $2,316.08, which he sold in December, 1919, for $1,000. This automobile was used in connection with the company's business and also for pleasure. The total amount personally paid out by the president, up to and including December 31, 1919, was $4,862.94, exclusive of the cost of the automobile of $2,316.08.